43 F.3d 1461
 Mainor (Bryon)
v.
Freeman (Robert M.), Superintendent SCI, Smith (Richard C.),
Deputy of Operations, Henry (Terry W.), Deputy of Treatment,
Palakovich (John A.), Assistant to Superintendent, Kaisar
(Michael), Director of Treatment, Captain Keith, SCIC,
Rogers (Buckie), Lt. SCIC, Lieutenant Gavison, SCIS, C.O.
Thomas, SCIC, C.O.I. Brown, SCIC, Casey (Robert P.),
Governor of Pa., Preate (Ernest), Attorney General, Owens
(David S.), Commissioner of Corrections for Pa.
 NO. 94-7298
 United States Court of Appeals,
Third Circuit.
 Nov 21, 1994
 
 Appeal From: M.D.Pa., No. 91-00638,
 Smyser, J.
 
 
 1
 AFFIRMED.